■ KAREN A. GREEN, an Infant, by WILLIAM E. GREEN, Her Guardian ad Litem, et al., Appellants, v. BOARD OF EDUCATION, UNION FREE SCHOOL

694

DISTRICT No. 22, Respondent.— In an action by an infant to recover damages for personal injuries, and by her father for medical expenses, the appeal is (1) from a judgment entered on a jury verdict dismissing the complaint, and (2) from an order denying appellants' motion to set aside the verdict and for a new trial. Judgment unanimously affirmed, without costs. No opinion. Appeal from order dismissed, without costs. No such order is printed in the record. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.